UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTITUTE FOR JUSTICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 1709 CDP |
| ) | |
| MICHAEL L. PARSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER OF STAY

**IT IS HEREBY ORDERED** that plaintiff's unopposed motion to stay [25] is granted as follows: this case is stayed pending further Order of the Court, and the parties shall file a joint status report within 7 days of receipt of the referenced advisory opinion from the Missouri Ethics Commission or 90 days from the date of this Memorandum and Order of Stay, whichever comes first.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2019.